IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BLYTHE, JR. AND JOHN BLYTHE<br><br>v.<br><br>OFFICER JOHN SCANLAN, III AND SHARON HILL BOROUGH | Civil Action No. 14-7268 |

### ORDER

**AND NOW,** this 11th day of August 2015, upon consideration of Defendants' Motion to Dismiss [Doc. No. 9] and Plaintiff's response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED** for failure to state a claim, without prejudice to Plaintiffs' right to file a Second Amended Complaint within 21 days of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/S/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**